IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jones, Estella

Printed: 2/5/08

Case Number: 04 B 44641
Judge: Goldgar, A. Benjamin
Filed: 12/3/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: January 11, 2008
Confirmed: March 30, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 22,092.02 |  |
| Secured: |  | 10,670.42 |
| Unsecured: |  | 6,886.62 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,105.20 |
| Trustee Fee: |  | 1,087.81 |
| Other Funds: |  | 341.97 |
| Totals: | 22,092.02 | 22,092.02 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,105.20 | 3,105.20 |
| 2. | Delaware Place Bank | Secured | 0.00 | 0.00 |
| 3. | Drive Financial Services | Secured | 10,670.42 | 10,670.42 |
| 4. | Arrowhead Investments | Unsecured | 30.00 | 300.00 |
| 5. | St Joseph High School | Unsecured | 477.93 | 4,779.25 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 27.00 | 270.00 |
| 7. | Drive Financial Services | Unsecured | 153.74 | 1,537.37 |
| 8. | On Line Collection | Unsecured |  | No Claim Filed |
| 9. | BP Amoco | Unsecured |  | No Claim Filed |
| 10. | Cash Advance | Unsecured |  | No Claim Filed |
| 11. | CBE | Unsecured |  | No Claim Filed |
| 12. | Shell Credit Card | Unsecured |  | No Claim Filed |
| 13. | United Cash Loans | Unsecured |  | No Claim Filed |
| 14. | Schaumburg Isuzu | Unsecured |  | No Claim Filed |
|  |  |  | $ 14,464.29 | $ 20,662.24 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 99.61 |
| 3% | 33.18 |
| 5.5% | 339.10 |
| 5% | 92.47 |
| 4.8% | 192.35 |
| 5.4% | 331.10 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Jones, Estella

Printed:  2/5/08

Case Number:  04 B 44641
Judge:  Goldgar, A. Benjamin
Filed:  12/3/04

_____
$ 1,087.81

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

      Marilyn O. Marshall, Trustee, by:

      _____